**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23579-CIV-MARTINEZ/Sanchez**

CHANEL, INC.,

        Plaintiff,

v.

THE INDIVIDUAL, BUSINESS ENTITY, OR
UNINCORPORATED ASSOCIATION d/b/a
THE E-COMMERCE STORE IDENTIFIED
ON SCHEDULE "A,"

        Defendant.

                                         /

## ORDER

    **THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction [ECF No. 28]. (*See* [ECF No. 29]). Magistrate Judge Sanchez filed an R&R [ECF No. 37], recommending that the Motion be granted and that a preliminary injunction be entered. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 37] is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction [ECF No. 28] is **GRANTED** as set forth in the R&R.

    **DONE AND ORDERED** in Miami, Florida, this 23 day of June 2026.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

cc: all counsel of record